**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HAROLD M.V.,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DAVID EASTERWOOD, Acting Field Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Case No. 26-CV-2143 (NEB/DLM)

ORDER

---

IT IS HEREBY ORDERED THAT Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the Petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over

the Petition. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Petitioner is represented by Iris Ramos: phone (612-871-4477); iris@irisramoslaw.com.

Dated: April 7, 2026
Time: 11:27 a.m.

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge